IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| NAJIB BIN-SALAMON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00062 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion for Summary Judgment [ECF No. 14], denying Plaintiff's Motion for Summary Judgment [ECF No. 12], and dismissing this case. This *Report* was filed on December 31, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, and this case is hereby **DISMISSED**. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is further directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 23rd day of January, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE